FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOVAN IBARRA,<br><br>    Petitioner,<br><br>    v.<br><br>RON E. BARNES, Warden, et al.,<br><br>    Respondents. | Case No. CV 14-02491 MWF (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner has failed to file objections, and as a result, he has waived any challenge to the Magistrate Judge's factual findings. *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

    IT IS ORDERED that:

    1.    The Court accepts the findings and recommendation of the R&R.

    2.    Judgment shall be entered denying the Petition and dismissing this action with prejudice.

    3.    All pending motions are denied as moot and terminated.

///

///

1  IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
2  Order and the Judgment on all counsel or parties of record.

Dated: ~~December~~ January 6, 2015.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE