FILED
CLERK, U.S. DISTRICT COURT
JAN - 6 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOVAN IBARRA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON E. BARNES, Warden, et al.,<br><br>　　　　Respondents. | Case No. CV 14-02491 MWF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: ~~December ___,~~ 2014   January 6, 2014.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE